■ In the Matter of SHANNON V. CAMPBELL, Petitioner, v ANTHONY J. ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [51 NYS3d 464]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered June 9, 2016) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYSHAWN S. PARKER, Appellant. [51 NYS3d 458]—Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered March 4, 2014. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ.